HONORABLE RICHARD A. JONES

13-CV-00594-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VICTOR MANUEL GOMEZ-RAMIREZ,<br><br>　　　　Petitioner,<br>　v.<br><br>KING COUNTY SUPERIOR COURT,<br><br>　　　　Defendant. | CASE NO. C13-594 RAJ<br><br>ORDER |

This matter comes before the court on the Report and Recommendation ("R&R") from the United States Magistrate Judge James P. Donohue. Dkt. # 4. Judge Donohue recommended dismissing the petition because petitioner had failed to submit either the $5 filing fee or an application for leave to proceed with this action *in forma pauperis*. After the R&R issued, petitioner submitted the $5.00 fee. Accordingly, the court declines to adopt the R&R, and directs the clerk to transfer the case back to Judge Donohue.

Dated this 19th day of September, 2013.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER- 1